IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    19-cr-29-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  ROBERT ORTIZ,

   Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

From in or about August 2018 through in or about December 2018, in the State and District of Colorado and elsewhere, the defendant, ROBERT ORTIZ, in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, and other order described in Section 2266 of Title 18, United States Code, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, R.B., used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to R.B., her intimate partner, D.K., and her minor child, J.G.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5)-(6).

## COUNT 2

On or about September 14, 2018, in the State and District of Colorado and elsewhere, the defendant, ROBERT ORTIZ, intending to make a threat, did knowingly transmit in interstate or foreign commerce a communication containing a threat to injure the person of another, to wit, D.K.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about October 11, 2018, in the State and District of Colorado and elsewhere, the defendant, ROBERT ORTIZ, intending to make a threat, did knowingly transmit in interstate or foreign commerce a communication containing a threat to injure the person of another, to wit, J.G.'s family.

All in violation of Title 18, United States Code, Section 875(c).

## **COUNT 4**

On or about December 27, 2018, in the State and District of Colorado and elsewhere, the defendant, ROBERT ORTIZ, intending to make a threat, did knowingly transmit in interstate or foreign commerce a communication containing a threat to injure the person of another, to wit, R.B., her family, and D.K.

All in violation of Title 18, United States Code, Section 875(c).


A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON


JASON R. DUNN
United States Attorney


By:   /s   Andrea Surratt
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  andrea.surratt@usdoj.gov
Attorney for Government