| | |
|---|---|
| DEFENDANT: | ROBERT ORTIZ |
| YOB: | 1983 |
| COMPLAINT FILED? | _____ Yes   __x_____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Count 1**:  18 U.S.C. § 2261A(2)(b) (Cyberstalking)<br>**Counts 2-4**: 18 U.S.C. § 875(c) (Interstate communication of threats) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | **Count 1**:  NLT 1 year imprisonment, NMT 5 years imprisonment, $250,000 fine or both fine and imprisonment, NMT 3 years supervised release, $100 special assessment fee<br><br>**Counts 2-4**: NMT 5 years imprisonment, $250,000 fine or both fine and imprisonment, NMT 3 years supervised release, $100 special assessment fee |
| AGENT: | Jon Beutelschies<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x_ five days or less; __ over five days

THE GOVERNMENT

 x  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.